No. 1143. Norris *v.* Indiana. Sup. Ct. Ind. Certiorari denied. *Dean E. Richards* and *James Manahan* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *Donald D. Doxsee* and *William F. Thompson,* Deputy Attorneys General, for respondent.

No. 1190. Berger et al. *v.* Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied. *Richard L. Levy* and *Solomon Fisher* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Crombie J. D. Garrett* for respondent.

No. 1199. Aureli *v.* Illinois. App. Ct. Ill., 1st Dist. Certiorari denied. *Anna R. Lavin* for petitioner.

No. 1200. Humble Oil & Refining Co. et al. *v.* American Oil Co. et al. C. A. 8th Cir. Certiorari denied. *Arthur H. Dean, David W. Peck, Roy H. Steyer,* and *Walter R. Mayne* for petitioners. *Richmond C. Coburn* for respondents.

No. 1204. Benson *v.* Kirkpatrick, Probation Officer, et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1212. Board of Trustees of Galveston Wharves et al. *v.* United Industrial Workers of Seafarers International Union of North America, Atlantic, Gulf, Lakes & Inland Waters District, Marine Allied Workers Division, AFL–CIO. C. A. 5th Cir. Certiorari denied. *E. Barrett Prettyman, Jr.,* for petitioners. *Howard Schulman* for respondent.